Carlos Robles HUERTA, Petitioner,

v.

Michael B. MUKASEY, Attorney
General, Respondent.

No. 08–72518.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 3, 2008.*

Filed Nov. 14, 2008.

Carlos Robles Huerta, Bellflower, CA,
pro se.

District Counsel, Esquire, Office of the
District Counsel Department of Homeland
Security, Los Angeles, CA, Ronald E. Le-
fevre, Office of the District Counsel De-
partment of Homeland Security, San Fran-
cisco, CA, Edward Earl Wiggers, Esquire,
U.S. Department of Justice Civil Divi-
sion/Office of Immigration Litigation,
Washington, DC, for Respondent.

Before TROTT, GOULD and
TALLMAN, Circuit Judges.

### MEMORANDUM **

This is a petition for review of the Board
of Immigration Appeals' ("BIA") order
adopting and affirming the Immigration
Judge's order denying petitioner Carlos
Robles Huerta's application for cancella-
tion of removal, adjustment of status, and
voluntary departure.

---

\* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

A review of the administrative record demonstrates that there is substantial evidence to support the BIA's decision that petitioner failed to establish continuous physical presence in the United States for a period of not less than ten years as required for cancellation of removal. *See* 8 U.S.C. § 1229b(b)(1)(A); *Lopez–Alvarado v. Ashcroft*, 381 F.3d 847, 850–51 (9th Cir.2004).

Accordingly, respondent's motion for summary disposition is granted in part because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

To the extent that petitioner challenges the agency's decision to deny petitioner's application for adjustment of status and voluntary departure, we lack jurisdiction to review these discretionary determinations. *See* 8 U.S.C. §§ 1229c(f), 1252(a)(2)(B)(i); *Bazua–Cota v. Gonzales*, 466 F.3d 747, 749 (9th Cir. 2006); *Galeana–Mendoza v. Gonzales*, 465 F.3d 1054, 1056 n. 5 (9th Cir.2006).

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft*, 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**